MARCELLE S. MASON, by MERLE I. ST. JOHN, Her Guardian ad Litem, Appellant, *v.* GUARANTY TRUST COMPANY OF NEW YORK et al., as Executors of and Trustees under the Will of MARGUERITE D. MASON, Deceased, et al., Respondents.

(Argued December 3, 1934; decided December 31, 1934.)

*Merle I. St. John* for appellant.

*John B. Butler, Jr.*, and *John F. LeViness, Jr.*, for Guaranty Trust Company of New York et al., as executors and trustees under the will of Marguerite D. Mason, deceased, respondents.

*Langdon P. Marvin* and *Thomas B. Fenlon* for Yvonne M. Westfried et al., respondents.

Judgment affirmed, with one separate bill of costs for each respondent payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.